**UNITED STATES DISTRICT COURT**
                  **FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

   **v.**                                          Case No. 06-cr-223-PB

**Benjamin Guernsey**


### **O R D E R**

The defendant has moved to continue the February 6, 2007 trial in the above case, citing the need for additional time to prepare a proper defense.  The government does not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 6, 2007 to May 1, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 17, 2007 final pretrial conference is continued to April 19, 2007 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 18, 2007

cc: Jonathan Saxe, Esq.
Helen Fitzgibbon, AUSA
United States Probation
United States Marshal