**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                Case No. 06-cr-223-PB

<u>Benjamin Guernsey</u>

### <u>O R D E R</u>

The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case, citing the need for additional time for defendant to complete a psychological evaluation and treatment program which he is currently enrolled in and prepare a defense. The government does not object to a continuance of the trial date for 30 days.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to June 5, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 19, 2007 final pretrial conference is continued to May 24, 2007 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 20, 2007

cc: Helen Fitzgibbon, Esq.
    Jonathan Saxe, Esq.
    United States Probation
    United States Marshal